IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 09-mc-0030-MJW

INTERNAL REVENUE SERVICE,

Petitioner,

v.

All Monies up to $750,000 in bank account #2016274540
held at Wells Fargo Bank, NA
in the name of Green Crest Center LLC,

Respondent,

and

Daniel E. Watson,

Interested Party,

and,

Hwan Yu Simpson,

Interested Party.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that the Unopposed Motion to Vacate Court's Order for United States to Respond to Movants' Request [Motion] for Immediate Release of Seized Property-Verbal Settlement (Docket No. 18) and the Unopposed Motion to Vacate Court's Order for United States to Respond to Movants' Request [Motion] for Pardon - Verbal Settlement (Docket No. 19) are both granted.  Therefore, the Petitioner Internal Revenue Service need not file a response to Respondents Watson and Simpson's (1) Request [Motion] for Immediate Release of Seized Property (docket no. 13) and (2) Request [Motion] for Pardon (docket no.  14). as previously directed.

Date: July 8, 2009